# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : No. 134 MM 2023 |
| | : |
| v. | : |
| | : |
| RAMEL MOSLEY | : |
| | : |
| PETITION OF: GAIL GUIDA SOUDERS, ESQUIRE | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 26th day of February, 2024, in consideration of the Application to Withdraw as Counsel, this matter is REMANDED for the Court of Common Pleas of Luzerne County to determine whether to permit counsel to withdraw, as well as any related questions, including whether Ramel Mosley is entitled to appointed counsel for purposes of allocatur review. The Court of Common Pleas of Luzerne County is DIRECTED to enter its order on remand within 90 days and to promptly inform this Court of its determination.